ALICE MARRIN, as Administratrix, etc., Respondent, v. STATEN ISLAND MIDLAND RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event unless plaintiff stipulate to reduce verdict to $5,000; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

THE CITY OF NEW YORK, Respondent, v. EPPINGER & RUSSELL COMPANY and Another, Appellants.— Determination affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

THE FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Respondent, v. UNITED STATES WOOD PRESERVING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

VITO PANTE, Appellant, v. CHRISTIAN JACOBS FIREPROOFING AND CONCRETE COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

BROOKLYN STRUCTURAL STEEL CORPORATION, Appellant, v. LEVY DAIRY COMPANY and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present —Scott, Laughlin, Dowling, Smith and Davis, JJ.

VINCENZO GARCONE, Respondent, v. THOMAS & BUCKLEY HOISTING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.; Laughlin, J., dissented.

LENA ROSENBERG, Appellant, v. L. & S. CONSTRUCTION COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

MAX HIRSCH, Respondent, v. BESSIE HIRSCH, Appellant.— Judgment affirmed. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

THE KNY-SCHEERER COMPANY, Respondent, v. CITY OF NEW YORK and Others, Impleaded with NATIONAL SURETY COMPANY, Appellant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

ANNE WALCOTT, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.; Dowling and Davis, JJ., dissented.

In the Matter of RACHMIEL FINKEL, Deceased.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

WILLIAM H. SCHMIDT, as Sole Surviving Executor and Trustee, etc., Appellant, v. ABRAHAM HALPRIN and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

FRANZ KEMMERICH, as Administrator, etc., Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order reversed and new trial

ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to $5,000; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

MEYER KLEINMAN, Respondent, v. SIMON TEPFER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

HARRY SALVIN, Appellant, v. MYLES REALTY COMPANY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.; Scott and Dowling, JJ., dissented.

JOHNSTON HEATING COMPANY, Appellant, v. JOHN LOWRY, JR., Respondent.— Order reversed, with costs, and verdict reinstated. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

LOUIS CORVI, as Administrator, etc., Respondent, v. J. M. HORTON ICE CREAM COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

GEORGE MOORE, an Infant, by MARGARET MOORE, His Guardian ad Litem, Respondent, v. JOHN H. TENNANT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

GEORGE EVERSMANN, an Infant, etc., v. THE NEW YORK CENTRAL RAILROAD COMPANY, Impleaded, etc.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of SOL. L. YOUNGENTOB, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ROCCO LASCALZO, as Administrator, etc., Respondent, v. PALISADE REALTY AND AMUSEMENT COMPANY, Appellant, Impleaded with Others. — Order modified as stated in order, and as modified affirmed, with ten dollars costs and disbursements to respondents. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK M. BOGERT, Appellant, v. HENRY R. M. COOK, as Auditor of the BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

HARRY A. HARRIS and Another, Copartners, etc., Appellants, v. HUGH SHERIDAN, Doing Business under the Firm Name of SHERIDAN WOOLEN MILLS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

JOSEPH S. LESSER, Appellant, v. INTERNATIONAL TRUST COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.